UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-62369-CIV-BLOOM/VALLE

ARCTIC CAT INC.,

        Plaintiff

vs.

BOMBARDIER RECREATIONAL
PRODUCTS INC., *et al.*

        Defendants.

_____/

## VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

Based on the evidence admitted at trial and in accordance with the instructions as given by the Court, we, the jury, unanimously agree to the answers to the following questions:

### I. Infringement

The questions regarding infringement should be answered regardless of your findings with respect to invalidity.

Has Arctic Cat proven it is more probable than not that BRP infringed the following claims?

    a. Claim 13 of the '545 patent         Yes __✓__     No _____

| | | | |
|---|---|---|---|
| b. Claim 15 of the '545 patent | Yes ✓ | No _____ |
| c. Claim 17 of the '545 patent | Yes ✓ | No _____ |
| d. Claim 19 of the '545 patent | Yes ✓ | No _____ |
| e. Claim 25 of the '545 patent | Yes ✓ | No _____ |
| f. Claim 30 of the '545 patent | Yes ✓ | No _____ |
| g. Claim 15 of the '969 patent | Yes ✓ | No _____ |
| h. Claim 16 of the '969 patent | Yes ✓ | No _____ |
| i. Claim 17 of the '969 patent | Yes ✓ | No _____ |
| j. Claim 19 of the '969 patent | Yes ✓ | No _____ |

## II. Invalidity

The questions regarding invalidity should be answered regardless of your findings with respect to infringement.

**A. Anticipation.** Has BRP proven that it is highly probable that the following claims were "anticipated," or, in other words, not new?



| | | | |
|---|---|---|---|
| a. Claim 13 of the '545 patent | Yes _____ | No ✓ |
| b. Claim 15 of the '545 patent | Yes _____ | No ✓ |
| c. Claim 30 of the '545 patent | Yes _____ | No ✓ |
| d. Claim 15 of the '969 patent | Yes _____ | No ✓ |

**B. Obviousness.** Has BRP proven that it is highly probable that the following claims are invalid as obvious:



| | | | |
|---|---|---|---|
| a. Claim 13 of the '545 patent | Yes _____ | No ✓ |
| b. Claim 15 of the '545 patent | Yes _____ | No ✓ |

    c. Claim 17 of the '545 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    d. Claim 19 of the '545 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    e. Claim 25 of the '545 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    f. Claim 30 of the '545 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    g. Claim 15 of the '969 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    h. Claim 16 of the '969 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    i. Claim 17 of the '969 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    j. Claim 19 of the '969 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

**C. Enablement.** Has BRP proven that it is highly probable that the following claims do not contain a description of the claimed invention that is sufficiently full and clear to enable persons of ordinary skill in the field of the invention to make and use the invention?

    a. Claim 13 of the '545 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    b. Claim 15 of the '545 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    c. Claim 17 of the '545 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    d. Claim 19 of the '545 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    e. Claim 25 of the '545 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    f. Claim 30 of the '545 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    g. Claim 15 of the '969 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    h. Claim 16 of the '969 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    i. Claim 17 of the '969 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

    j. Claim 19 of the '969 patent    Yes\_\_\_\_\_    No\_\_✓\_\_

**III. Willful Infringement.** If there are any claims for which you answered "Yes" to Infringement and "No" to Anticipation, Obviousness, and Enablement, has Arctic Cat proven by clear and convincing evidence that BRP infringed those claims of Arctic Cat's patents with reckless disregard of whether such claim was infringed or was invalid or unenforceable?

a. Claim 13 of the '545 patent      Yes __✓__      No_____

b. Claim 15 of the '545 patent      Yes __✓__      No_____

c. Claim 17 of the '545 patent      Yes __✓__      No_____

d. Claim 19 of the '545 patent      Yes __✓__      No_____

e. Claim 25 of the '545 patent      Yes __✓__      No_____

f. Claim 30 of the '545 patent      Yes __✓__      No_____

g. Claim 15 of the '969 patent      Yes __✓__      No_____

h. Claim 16 of the '969 patent      Yes __✓__      No_____

i. Claim 17 of the '969 patent      Yes __✓__      No_____

j. Claim 19 of the '969 patent      Yes __✓__      No_____

**IV. Damages**

If there are any claims for which you answered "Yes" to Infringement and "No" to Anticipation, Obviousness, and Enablement, proceed to answer the questions below. If there are no such claims, do not answer the questions below and proceed to sign and date the verdict form.

a. What date do you find that damages begin?

__✓__ October 16, 2008 (Check this option if you find that Arctic Cat's licensee did not make a patented article that could be marked.)

_____ October 16, 2014 (Check this option if you find that Arctic Cat's licensee did make a patented article that could be marked.)

b. What damages do you find Arctic Cat has proven it is more probable than not that it is entitled to as a reasonable royalty?

**Reasonable Royalty**

Rate of $ __102.54__ per unit sold

**For the Jury:**

By: _____
**Foreperson**

_____6/1/16_____
**Date**